**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROY JOHNSON, *an individual,* and
JAMES BRESLO, *an individual*,

       Plaintiffs,      17 **CIVIL** 7438 (RA)

    -against-         **JUDGMENT**

AGS CJ CORPORATION, *formerly known
as* AMAYA AMERICAS CORPORATION,
       Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 7, 2020, Defendant's motion for summary judgment is granted and Plaintiffs' motion for summary judgment is denied, and judgment is entered in favor of Defendant.

**Dated:** New York, New York
    April 9, 2020

                   **RUBY J. KRAJICK**
                   _____
                   **Clerk of Court**
            **BY:** _____
                   **Deputy Clerk**